## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO, ILLINOIS

| | | |
|---|---|---|
| **Rony Chavez AGUILAR,** *et al*., | ) | |
| | ) | **Case No. 17-cv-2296** |
| **Plaintiffs,** | ) | |
| | ) | **Judge Robert M. Dow, Jr.** |
| vs. | ) | |
| | ) | **Presentment: November 30, 2017** |
| **U.S. IMMIGRATION AND CUSTOMS** | ) | |
| **ENFORCEMENT CHICAGO FIELD** | ) | |
| **OFFICE,** *et al*., | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move this Court to dismiss Plaintiffs' second amended complaint in its entirety. The bases for this motion are set forth in the accompanying memorandum of law.

### NOTICE OF PRESENTMENT FOR DEFENDANTS'
### MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to LR 5.3(b), Defendants hereby notice Presentment of their Motion to Dismiss Plaintiffs' complaint for November 30, 2017, at 9:15 a.m., before The Honorable Robert M. Dow, Jr., in Courtroom 1919, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

DATED:  November 20, 2017      Respectfully submitted

CHAD A. READLER
Principal Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

COLIN A. KISOR
Deputy Director

SARAH L. VUONG
Senior Litigation Counsel

*/s/ J. Max Weintraub*
J. MAX WEINTRAUB
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 305-7000; (202) 305-7551 (facsimile)
jacob.weintraub@usdoj.gov

*Attorneys for Defendants*