# EXHIBIT A

**U.S. Department of Homeland Security**
**ICE/ERO**

**Notice to EOIR: Alien Address**

| | |
|---|---|
| Date: | 08/16/2017 |
| To: | EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br>525 W. Van Buren St. Ste. 500 Chicago, Illinois 60607 |
| From: | DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT<br>101 W. CONGRESS PARKWAY 4TH FLOOR<br>CHICAGO, IL 60605 |
| Respondent: | RONY RENE CHAVEZ-AGUILAR |

This is to notify you that this respondent is:

Currently incarcerated by Federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is.

[ ] Detained by I.C.E. on:

[ ] Detained by INS and transferred on

[X] Released from INS custody on the following condition(s):

[ ] Order of Supervision or Order of Recognizance (Form I-220A)

[ ] Removed, Deported or Excluded

[X] Proceedings Terminated on 03/28/17

Upon release from INS custody, the respondent reported his/her address and telephone number will be:

[ ] I hereby certify that the respondent was provided an EOIR-33 and notified that they must inform the Immigration Court of any further change of address.

INS Official: D. Newson-Enforcement Removal Assistant

Form I-830 (Rev 4/26/99)N