# EXHIBIT B

**U.S. Department of Homeland Security**
**ICE/ERO**

**Notice to EOIR: Alien Address**

| | | |
|---|---|---|
| Date: | 09/08/2017 | A# ███████ |
| To: | **EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**<br>525 W. Van Buren St. Ste. 500 Chicago, Illinois 60607 | |
| From: | **DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT**<br>101 W. CONGRESS PARKWAY 4TH FLOOR<br>CHICAGO, IL 60605 | |
| Respondent: | **IRWIN HUGH ROLLE** | |

**This is to notify you that this respondent is:**

    Currently incarcerated by Federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is:

☐ Detained by I.C.E. on:

☐ Detained by INS and transferred on

☒ Released from INS custody on the following condition(s):

| | |
|---|---|
| X | Order of Supervision or **Order of Recognizance** (Form I-220A) |
| | Removed, Deported or Excluded |
| | |

Upon release from INS custody, the respondent reported his/her address and telephone number will be:

**IRWIN HUGH ROLLE**

███████████████

☐ I hereby certify that the respondent was provided an EOIR-33 and notified that they must inform the Immigration Court of any further change of address.

INS Official:          D. Newson-Enforcement Removal Assistant

Form I-830 (Rev 4/26/99)N