# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Chavez Aguilar,

Plaintiff(s),

v.

U.S. Immigration and Customs Enforcement
Chicago Field Office, et al.,

Defendant(s).

Case No. 17-cv-2296
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) U.S. Immigration and Customs Enforcement Chicago Field Office, Thomas Homan (Acting Director, Immigration and Customs Enforcement), Elaine Duke (Acting Secretary for Homeland Security), Ricardo Wong (Director, Immigration and Customs Enforcement's Chicago Field Office, in their official capacities)
and against plaintiff(s) Rony Chavez Aguilar and Irwin Rolle.
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion to dismiss.

Date: 12/12/2018                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk